MINUTE ENTRY
MILAZZO, J.
August 13, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA STATE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 21-1523** |
| **DEPARTMENT OF COMMERCE ET AL.** | **SECTION "H"** |

## MINUTE ENTRY

On August 13, 2021, the Court held a telephone status conference. Machelle Hall, Joseph St. John, and Cole Garrett participated on behalf of Plaintiff; Shampa Panda, Mark Brown, Hannah O'Keefe, Shepard Grimes participated on behalf of Defendants.



(JS-10:20)